03-15-00075-CR

# Tom Green County
## District Clerk
### *Sheri Woodfin*



**112 W Beauregard**                                              **325-659-6579**
**San Angelo TX 76903**                                         **Fax - 325-659-3241**


Date: March 17, 2015


Mr. Jimmy Stewart        Trial Attorney
Mr. Nathan Butler        Appellant Attorney
Mr. Courtland Crocker    3rd Court of Appeals

Attached is Two (2) Trial Court's Certification of Defendant's Right to Appeal. The Third Court of Appeals has advised us in order to process the Clerk's Record; they must have signatures by the Judge, Attorney and Appellant. The Clerk's Record has been rejected.  We will be unable to file the Appellants record with the Third Court of Appeals until said certificates are completed and returned.
Failure to complete these forms will result in the defendant's appeal being affected.

Thank you for your time and attention to this matter.

Rebecca Douglas


Rebecca Douglas
District Clerk
Court Service Unit, Spvsr
325-659-6582 (Ext 305)